Gabriel Baker, WSBA No. 28473
**JENSEN MORSE BAKER PLLC**
520 Pike Street, Suite 2375
Seattle, WA 98101
Telephone: (206) 682-1550
Facsimile: (206) 682-1496
Gabe.baker@jmblawyers.com

Attorneys for Plaintiff Progressive
Casualty Insurance Company

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| PROGRESSIVE CASUALTY INSURANCE COMPANY, | No. |
| Plaintiff, | |
| v. | **COMPLAINT FOR DECLARATORY JUDGMENT** |
| BREMMER CONSTRUCTION, INC., JOHN BRYANT, and JEANNIE BRYANT | |
| Defendants. | |

Progressive Casualty Insurance Company ("Progressive"), for its complaint against defendants Bremmer Construction, Inc., John Bryant, and Jeannie Bryant, alleges as follows:

I. **PARTIES**

1. Progressive is a foreign insurer authorized to do business within the state of Washington. Progressive is qualified to bring this action. Progressive is an Ohio corporation, with its principal place of business in Ohio.

COMPLAINT FOR DECLARATORY
JUDGMENT - 1
CASE NO.

JENSEN MORSE BAKER PLLC
520 PIKE STREET; SUITE 2375
SEATTLE, WASHINGTON 98101
PHONE: 206.682.1550

2. Bremmer Construction, Inc. ("Bremmer") is a Washington Corporation with its principal place of business in Wenatchee, Washington.

3. John Bryant and Jeannie Bryant (the "Bryants") are individuals and a marital community who, at all times material hereto, lived in Chelan County, Washington.

## II. JURISDICTION AND VENUE

4. This is an action for a declaratory judgment pursuant to the Declaratory Judgments Act, 28 U.S.C. § 2201, et seq., to resolve an actual case or controversy that exists among the parties.

5. This Court has jurisdiction under 28 U.S.C. § 1332(a). Complete diversity of citizenship exists among the parties, and the amount in controversy exceeds $75,000, exclusive of interest and costs.

6. Venue is proper pursuant to 28 U.S.C. § 1391.

## III. FACT BACKGROUND

**A.  The Insurance Policy**

7. Progressive issued auto liability policy number 915198816 to the Bryants.

**B.  The Underlying Lawsuit**

8. On or about August 16, 2023, Rajiv Nair and Jenny Cumbie filed the lawsuit captioned *Rajiv Nair and Jenny Cumbie v. Bremmer Construction, Inc.,*

COMPLAINT FOR DECLARATORY JUDGMENT - 2
CASE NO.

JENSEN MORSE BAKER PLLC
520 PIKE STREET; SUITE 2375
SEATTLE, WASHINGTON 98101
PHONE: 206.682.1550

*et* al, Lincoln County Superior Court Case No. 23 2-00084 22 (the "Underlying Lawsuit"). Bremmer and the Bryants are named as defendants in the Underlying Lawsuit.

9.     The complaint in the Underlying Lawsuit alleges that Mr. Bryant was driving a 1995 Peterbilt (the "Truck") registered to Bremmer on September 12, 2020. The complaint alleges that the Truck collided with a vehicle driven by Mr. Nair near milepost 241 on Interstate 90, and that Mr. Nair was injured. The complaint alleges that Bremmer and the Bryants are liable to Mr. Nair and Ms. Cumbie.

10.     Bremmer and the Bryants tendered the Underlying Lawsuit to Progressive.

11.     Progressive agreed to defend Bremmer and the Bryants against the Underlying Lawsuit, while reserving Progressive's rights to deny coverage.

### IV.    INSURANCE COVERAGE

12.     Progressive has properly defended Bremmer and the Bryants and has provided them with all the insurance coverage available under the Policy with respect to the Underlying Lawsuit.

13.     The Policy's relevant insuring agreement states, "If **you**[1] pay the

---

[1] Bolded terms in the body of this complaint are defined by the Policy and are used in accordance with the definitions provided therein.

COMPLAINT FOR DECLARATORY
JUDGMENT - 3
CASE NO.

premium for this coverage, **we** will pay damages for **bodily injury** and **property damage** for which an **insured person** becomes legally responsible because of an accident."

14. In relevant part, the Policy defines **insured person** as follows:

a. **you**, a **relative**, or a **rated resident** with respect to an accident arising out of the ownership, maintenance or use of an **auto** or a **trailer**;

b. any person with respect to an accident arising out of that person's use of a **covered auto** with the permission of **you**, a **relative**, or a **rated resident**;

c. any person or organization with respect only to vicarious liability for the acts or omissions of a person described in a. or b. above; and

d. any "Additional Interest" shown on the **declarations page** with respect only to its liability for the acts or omissions of a person described in a. or b. above.

15. The Policy defines **auto** as follows:

"**Auto**" means a land motor vehicle:

a. of the private passenger, pickup body, or cargo van type;

b. designed for operation principally upon public roads;

c. with at least four wheels; and

d. with a gross vehicle weight rating of 12,000 pounds or less, according to the manufacturer's specifications.

However, "**auto**" does not include step-vans, parcel delivery vans, or cargo cutaway vans or other vans with cabs separate from the cargo area.

COMPLAINT FOR DECLARATORY
JUDGMENT - 4
CASE NO.

**JENSEN MORSE BAKER PLLC**
520 PIKE STREET; SUITE 2375
SEATTLE, WASHINGTON 98101
PHONE: 206.682.1550

16. Thus, the Policy would only cover the Underlying Lawsuit if the Truck met the definition of **auto**, which it does not.

17. The Truck is a 1998 Peterbilt 379, which is a Class 8 truck of a type commonly referred to as a "semi." Class 8 is commercial truck classification with a gross vehicle rating of at least 33,000 pounds.

18. The Truck does not meet the Policy's definition of **auto** because it is not of the private passenger, pickup body, or cargo van type, and because it has a gross vehicle weight rating of more than 12,000 pounds.

19. Because the Truck does not qualify as an **auto**, it is outside the scope of coverage provided by the Policy.

20. Progressive therefore has no duty to provide any further insurance coverage to Bremmer or the Bryants with respect to the Underlying Lawsuit.

V.    **CAUSE OF ACTION FOR DECLARATORY JUDGMENT**

21. Progressive incorporates each and every allegation contained within ¶¶ 1 through 20 as set forth above.

22. A case and controversy exist among the parties.

23. The Policy, by its express terms, conditions, and exclusions, does not provide coverage to Bremmer or the Bryants with respect to the Underlying Lawsuit.

COMPLAINT FOR DECLARATORY
JUDGMENT - 5
CASE NO.

JENSEN MORSE BAKER PLLC
520 PIKE STREET; SUITE 2375
SEATTLE, WASHINGTON 98101
PHONE: 206.682.1550

24.     Progressive is entitled to a declaratory judgment pursuant to the Declaratory Judgments Act, 28 U.S.C. § 2201, et seq., providing that Progressive has no duty under the Policy to defend or indemnify Bremmer or the Bryants with respect to the Underlying Lawsuit.

25.     Progressive has fully discharged its obligations to Bremmer and the Bryants with respect to the Underlying Lawsuit.

## VI.     PRAYER FOR RELIEF

WHEREFORE, Progressive prays for the following relief:

A.      For a declaratory judgment stating that the Policy, by its express terms, conditions, and exclusions, does not provide coverage to Bremmer or the Bryants for the Underlying Lawsuit, and, for that reason, Progressive has no duty to defend or indemnify the Bremmer or the Bryants with respect to the Underlying Lawsuit;

B.      For a declaratory judgment stating that, as of the date of judgment and order, Progressive may immediately withdraw from the defense of Bremmer and the Bryants in the Underlying Lawsuit;

c.      For an award of costs and attorneys' fees to Progressive to the extent permitted by law; and

d.      For such other and further relief that this Court deems just and equitable.

COMPLAINT FOR DECLARATORY
JUDGMENT - 6
CASE NO.

JENSEN MORSE BAKER PLLC
520 PIKE STREET; SUITE 2375
SEATTLE, WASHINGTON 98101
PHONE: 206.682.1550

DATED: September 18, 2025.

JENSEN MORSE BAKER PLLC

By: *s/Gabriel Baker*
Gabriel Baker, WSBA No. 28473
gabriel.baker@jmblawyers.com

520 Pike Street; Suite 2375
Seattle, WA 98101
Telephone: (206) 682-1550

Attorneys for Plaintiff Progressive Casualty Insurance Company

COMPLAINT FOR DECLARATORY
JUDGMENT - 7
CASE NO.